STATE v. CRUMP

No. 292P83.

Case below: 62 N.C. App. 144.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 27 September 1983 and the cause is remanded to the Court of Appeals for reconsideration in light of our decision today in the case of *State v. Thompson*, No. 150PA83.

STATE v. ESTEP

No. 244P83.

Case below: 61 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 September 1983.

STATE v. GONZALEZ

No. 325PA83.

Case below: 62 N.C. App. 146.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 27 September 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 27 September 1983.

STATE v. JACOBS

No. 245P83.

Case below: 61 N.C. App. 610.

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 September 1983.

STATE v. KEATON

No. 216P83.

Case below: 61 N.C. App. 279.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 27 September 1983.